IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| ROCKIE DURAL PICKENS | § | PLAINTIFF |
| | § | |
| v. | § | Civil No. 1:19cv948-HSO-JCG |
| | § | |
| MARIA MOMAN and | § | |
| MIKE EZELL | § | DEFENDANTS |

## FINAL JUDGMENT OF DISMISSAL

This matter came on to be heard on the Report and Recommendation [19] of United States Magistrate Judge John C. Gargiulo, entered in this case on May 11, 2020. The Court, after a full review and consideration of Plaintiff's Complaint [1-2], the Magistrate Judge's Report and Recommendation [19], the record as a whole, and relevant legal authority, finds that in accord with its Order entered herewith,

**IT IS, THEREFORE, ORDERED AND ADJUDGED**, that this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED** this the 17th day of June, 2020.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE